**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. (SBN 90058)
Christina A. Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 262705)
29229 Canwood Street, Suite 208
Agoura Hills, California  91301
Telephone:   (818) 991-8080
Facsimile:   (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**JS-6**

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| CARLOS BARILLAS, on behalf of himself and others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>COMTRAK LOGISTICS, INC.; HUB GROUP TRUCKING INC. dba CALIFORNIA HUB GROUP; dba DOES 1 to 100, Inclusive,<br><br>        Defendants. | **CASE NO.  5:14-CV-02429-VAP (DTBx)**<br>(Assigned to the Hon. Virginia A. Phillips)<br><br>**CLASS ACTION (FRCP 23)**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**Defendants' Counsel**

**SEYFARTH SHAW LLP**
Collen M. Regan (SBN 120284)
cregan@seyfarth.com
David D. Jacobson (SBN 143369)
djacobson@seyfarth.com
2019 Centuray Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile (310) 201-5219

1
2
## ORDER

3  After reviewing the parties' Joint Stipulation to Re Voluntary Dismissal, the Court
4  hereby orders that this action is dismissed in its entirety, without prejudice, and each
5  party shall bear their own costs.

6
7  IT IS SO ORDERED.

8
9
10  DATED:  12/19/2014_____

11  _____
12  Hon. Virginia A. Phillips
    United States District Judge

[PROPOSED] ORDER
Case No. CV14-02429-VAP (DTBx)